| | |
|---|---|
| William De La Cruz,<br><br>    Plaintiff,<br><br> -v-<br><br>Gotham Drywall Inc.,<br><br>    Defendant. | **Civil Action #: 21-CV-01084 (PKC)(TAM)**<br><br>**STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties, in this action, that this action having been settled by the parties, the settlement having been approved by the Court, whereas, no party hereto is an incompetent, this action is hereby discontinued with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") including to FRCP 41(a)(1)(A)(ii), provided that settlement payments are made in accordance with the settlement agreement in this action.

  **IT IS FURTHER STIPULATED AND AGREED**, that PDF and facsimile copies of this Stipulation shall have the same force and effect as the original.

**Dated: Queens Village, New York**
   **October 13, 2022**


**ABDUL HASSAN LAW GROUP, PLLC:**

By: **Mr. Abdul K. Hassan, Esq.**
*Counsel for Plaintiff*
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000
Email: abdul@abdulhassan.com

**ARTHUR J. SEMETIS, P.C.**

By: **Constantine T. Tzifas, Esq.**
*Counsel for Defendant*
286 Madison Avenue, Suite 1801
New York, New York 10017
Tel: 212-557-5052
Email: ctzifas@semetislaw.com

5

Doc ID: 399a7be17effb71bf18a6208583e865443ce14ff